# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ZIEBELL, | Case No. 18-cv-2038 (JNE/LIB) |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| AMERICAN EXPRESS NATIONAL BANK, f/k/a AMERICAN EXPRESS BANK, FSB; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | |
| Defendants. | |

Based on a Stipulation of the parties [Docket No. 6],

IT IS HEREBY ORDERED that:

The Stipulation [Docket No. 6] is APPROVED, and that Defendant Equifax Information Services, LLC shall have until August 22, 2018 to answer or otherwise respond to Plaintiff's Complaint.

DATED:  July 23, 2018          s/Leo I. Brisbois
                               Leo I. Brisbois
                               U.S. MAGISTRATE JUDGE