## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

JAMES N. ZIEBELL,

                                                     Case No.   18-cv-2038(JNE/LIB)

      Plaintiff,

vs.                                              **ORDER**

AMERICAN EXPRESS NATIONAL
BANK, f/k/a AMERICAN EXPRESS
BANK, FSB; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; and TRANS UNION, LLC,

      Defendants.

_____

Based on the Stipulated Motion for Extension of Time filed by Defendant American Express National Bank, successor by merger to American Express Bank, FSB ("American Express") [Docket No. 14], it is hereby ORDERED that:

The Stipulated Motion for Extension of Time [Docket No. 14] is APPROVED, and American Express shall have until and including September 7, 2018, to answer or otherwise respond to Plaintiff's Complaint.

Dated:  August 17, 2018                               s/Leo I. Brisbois
                                                          Leo I. Brisbois
                                                          U.S. MAGISTRATE JUDGE